UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 23-cr-00043-RM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    DANIEL RICHTER,

        Defendant.
_____

### MOTION FOR COMPETENCY DETERMINATION
_____

Martha H. Eskesen, court-appointed counsel for defendant Daniel Richter, moves the Court for a hearing to determine whether he is mentally competent to proceed, as defined in 18 U.S.C. § 4241.

The grounds supporting counsel's good faith basis for questioning Mr. Richter's competency are set forth in the Supplement to Motion for Competency Determination filed under restricted access simultaneously with this motion.

Counsel notified government counsel, Assistant U.S. Attorney Kelly Churnet, and U.S. Probation Officer Chris Woodiel in advance of her intention to file this motion.

Dated: August 10, 2023        MARTHA H. ESKESEN, P.C.

                                            s/ Martha H. Eskesen
                                            Martha H. Eskesen
                                            7887 East Belleview Ave., Suite 1100
                                            Denver, CO 80111
                                            Telephone: (303) 228-1668
                                            Facsimile: (303) 573-4921
                                            Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 10, 2023, I electronically filed the foregoing **MOTION FOR COMPETENCY DETERMINATION** the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kelly Churnet, Assistant U.S. Attorney
Kelly.Churnet@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Daniel Richter        (via U.S. Mail)

Chris Woodiel        (via e-mail)
U.S. Probation Officer
Christopher_Woodiel@cod.uscourts.gov

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Ave., Suite 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com